UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SHERRY ERICKSON,<br><br>            Plaintiff,<br><br>   vs.<br><br>RUSHMORE MEDIA COMPANY, INC.,<br>f/k/a NEW RUSHMORE RADIO, INC.,<br><br>            Defendant. | CIV. 14-5092-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 21), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without an award of costs or attorneys' fees.   Each party shall bear their own attorneys' fees, costs and expenses.

Dated June 17, 2015.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE